IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE FED. R. CIV. P. 45 SUBPOENAS ISSUED TO ANGEION GROUP, LLC<br><br>*Pertaining to*<br><br>IN RE: AETNA INC. LITIGATION | MISCELLANEOUS ACTION<br><br>NO. 20-0006<br><br>(Civil Action No. CV 19-04035 JFW (C.D. Cal) |

## ORDER

**AND NOW**, this 23rd day of March 2020, upon consideration of Nonparty Angeion Group, LLC's Motion to Quash Subpoenas for Production of Records and to Testify at a Deposition (ECF No. 1), KCC Class Action Services, LLC's Response and Motion for Sanctions (ECF No. 9), Angeion's Reply and Cross-Motion for Sanctions (ECF No. 10), Aetna, Inc.'s Reply and Motion for Sanctions (ECF No. 11), and KCC Class Action Services' Response to the Cross-Motion to Sanctions (ECF No. 12) it is hereby **ORDERED**:

1. The Motion to Quash Subpoenas (ECF No. 1) is **GRANTED**;
2. The Motions for Sanctions (ECF Nos. 9, 10 & 11) are **DENIED**; and
3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.